## Commonwealth *v.* Williams, Appellant.

*John L. Dean*, Assistant Public Defender, and *George H. Ross*, Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell*, Assistant District Attorneys, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended postconviction petition.

WRIGHT, P. J., dissents.

## Commonwealth *v.* Wilson, Appellant.

Submitted November 9, 1970. *John J. Dean*, Assistant Public Defender, and *George H. Ross*, Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell*, Assistant District Attorneys, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Order affirmed.